# Schewel Furniture Company, Inc.
EVERYTHING FOR YOUR HOME...TODAY

January 2, 2013

Suzanne French, Deputy Clerk
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

RICHMOND DIVISION
FILED
JAN - 7 2013
CLERK
US BANKRUPTCY COURT

Re: Proof of Claim filed in error

Dear Ms. French,

You are very correct ~ I did mistakenly file a proof of claim under Jerome & Bridget Farrar. I have since filed the proof of claim under the correct case number and would like to withdraw the proof of claim that was filed in error. It is claim #6 under case #12-35759. Thank you for bringing this to my attention.

Sincerely,
SCHEWEL FURNITURE COMPANY, INC.

Rachel

Rachel Cremeans
Admin Assistant/Corp Credit

cc: Linda Jennings, Esquire
    Carl Bates, Trustee